(3)

FILED
MAY 25 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

Debtor : F. PETER MACALUSO

Case No: 05-23732-B-13J
Adv No :
DC No : PGM #1
Date : 5/23/06
Time : 9:30 A.M.

Matter : CONT. HEARING - MOTION FOR MODIFICATION OF PLAN 2-14-06 [24]

Judge: Thomas Holman
Courtroom Deputy: Sheryl Arnold
Reporter: Laurie Howard
Department: B

APPEARANCES for:
Moving Party
Debtor - Atty. Peter Macaluso

Respondent
None

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion to confirm the modified plan filed May 9, 2006 is granted.

Dated: MAY 25 2006

Thomas C. Holman
UNITED STATES BANKRUPTCY JUDGE

2005-23732
32

(42)

| | | |
|---|---|---|
| Peter Macaluso<br>910 Florin Rd #111<br>Sacramento, CA 95831-5259 | Jan Johnson<br>PO Box 1708<br>Sacramento, CA 95812 | Office of the U.S. Trustee<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

Office of the U.S. Trustee
501 I St., #7-500
Sacramento, CA 95814

DATED: 5/26/06

By: [signature]
Deputy Clerk

EDC 3-070 (New 4/21/00)